FILED
2019 MAR 12 AM 9:05

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America PLAINTIFF(S) v. Jorge Salcedo DEFENDANT(S). | CASE NUMBER 19MJ00991 | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: United States of America - Indictment
in the _____ District of Massachusetts on March 12, 2019
at 6:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1962(d)
to wit: Conspiracy to commit racketeering

A warrant for defendant's arrest was issued by: M. Page Kelley, US Magistrate Judge

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3/12/19, by

_____, Deputy Clerk.

_____      Diamond Outlaw
Signature of Agent      Print Name of Agent

FBI      Special Agent
Agency      Title