FILED

2019 MAR 12 AM 9: 05



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Jorge Salcedo | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>19 MJ00991<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: March 12, 2019, 6:00  ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   Conspiracy to commit racketeering (18 USC 1962(d))

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1972

8. Defendant has retained counsel:  ☐ No
   ☑ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin

10. Remarks (if any): N/A

11. Name: SA Diamond Outlaw  (please print)

12. Office Phone Number: 310-916-7981     13. Agency: FBI

14. Signature: Diamond Outlaw    15. Date: 03/12/19

CR-64 (2/14)              REPORT COMMENCING CRIMINAL ACTION